**2013–0447.  State v. Bradford.**
Adams App. No. 11CA928, 2013-Ohio-480.

**2013–0448.  Serraino v. Fauster–Cameron, Inc.**
Defiance App. No. 4–12–11, 2013-Ohio-329.

Pfeifer, J., dissents.

Lanzinger, J., not participating.